# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DONTAIE ANDERSON,** : | |
| Plaintiff, : | |
| : | |
| v. : | **CIVIL ACTION NO. 20-CV-4424** |
| : | |
| **COMMONWEALTH OF** : | |
| **PENNSYLVANIA,** *et al.*, : | |
| Defendants. : | |

## ORDER

**AND NOW**, this 12th day of January 2021, upon consideration of Plaintiff Dontaie Anderson's Motion to Proceed *In Forma Pauperis* (ECF No. 1), and *pro se* Amended Complaint (ECF No. 5), and for the reasons set forth in the accompanying memorandum opinion, it is **ORDERED** that:

1. Anderson's Amended Complaint is **DISMISSED WITHOUT PREJUDICE**, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) because it seeks relief in the nature of habeas corpus. The dismissal is without prejudice to Anderson filing a habeas corpus petition pursuant to 28 U.S.C. § 2254 after he has exhausted all available state court remedies.

2. The Motion for Leave to Proceed *In Forma Pauperis* is **DISMISSED AS MOOT**.

3. The Clerk of Court shall **CLOSE** this case.

**BY THE COURT:**

**/s/ Cynthia M. Rufe**

**CYNTHIA M. RUFE, J.**