# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DONTAIE ANDERSON,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 20-CV-4424** |
| | : | |
| **COMMONWEALTH OF** | : | |
| **PENNSYLVANIA,** *et al.*, | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 5th day of April 2021, upon consideration of Plaintiff Dontaie Anderson's motion for reconsideration (ECF Nos. 8 and 9) it is **ORDERED** that the motion is **DENIED**. The case remains **CLOSED**.

                                            **BY THE COURT:**

                                            **/s/ Cynthia M. Rufe**

                                            **CYNTHIA M. RUFE, J.**